

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00265-CV

| | | |
|---|---|---|
| U.S. Bank National Association, as Trustee Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank National Association, et al. | § | From the 393rd District Court |
| | § | of Denton County (16-00399-393) |
| | § | July 27, 2017 |
| v. | | |
| Ohio Gravy Biscuit, Inc., an Ohio Corporation, as Trustee for The Teal Cove 2007 Land Trust | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Ohio Gravy Biscuit, Inc., an Ohio Corporation, as Trustee for The Teal Cove 2007 Land Trust shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth